# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

***

CRYSTAL PRINCE,

               Plaintiff,

vs.

TARGET CORPORATION,

               Defendant.

2:13–cv–1136–MMD–VCF

**ORDER**

This matter involves Plaintiff Crystal Prince's personal injury action against Target. Four motions are pending before the court: (1) Target's motion to compel Prince's deposition; (2) Target's motion to compel Prince's Rule 35 examination; (3) Target's motion for sanctions; and (4) Attorney John Greene's motion to withdraw as counsel for Ms. Prince.

ACCORDINGLY, and for good cause shown,

IT IS ORDERED that Mr. Greene's motion to withdraw (#26) is GRANTED.

IT IS FURTHER ORDERED that Ms. Prince is GRANTED sixty (60) days to find new counsel.

IT IS FURTHER ORDERED that Target's motions to compel (#23, #24) and motion for sanctions (#26) are set for a HEARING at 10:00 a.m., June 2, 2014, Courtroom 3D. If Ms. Prince has not retained counsel by this date, she may attend the hearing telephonically.

IT IS FURTHER ORDERED that the Court Clerk updates Plaintiff's mailing address and mails a copy of this Order to the address listed below:

Crystal Prince
15802 Northlawn St.
Detroit, Michigan 48238

IT IS SO ORDERED.

DATED this 25th day of March, 2014.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE