Kym Samuel Cushing, Esq.
Nevada Bar No. 4242
Douglas M. Rowan, Esq.
Nevada Bar No. 4736
**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
300 South Fourth Street, 11th Floor
Las Vegas, Nevada 89101
(702) 727-1400; FAX (702) 727-1401
kym.cushing@wilsonelser.com
douglas.rowan@wilsonelser.com
*Attorneys for Defendant Target Corporation*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CRYSTAL PRINCE,<br><br>Plaintiff,<br><br>v.<br><br>TARGET CORPORATION; DOES I through X, inclusive ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | CASE NO.: 2:13-cv-01136-MMD-VCF |

## STIPULATION AND ORDER FOR DISMISSAL OF ENTIRE CASE WITH PREJUDICE

Plaintiff CRYSTAL PRINCE, by and through her counsel of record WILLIAM W. McGAHA, ESQ., of SCHUETZE & McGAHA, P.C., and Defendant TARGET CORPORATION, by and through their counsel of record, KYM SAMUEL CUSHING, ESQ., of WILSON, ELSER,

. . .

. . .

. . .

MOSKOWITZ, EDELMAN & DICKER LLP, hereby stipulate and agree to the dismissal of the Complaint filed by Plaintiff CRYSTAL PRINCE against Defendant TARGET CORPORATION, with prejudice, with each party to bear their own fees and costs.

DATED this 30th day of December, 2014.

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

BY: _____
Kym Samuel Cushing, Esq.
Nevada Bar No. 004242
Douglas M. Rowan, Esq.
Nevada Bar No. 004736
300 South Fourth Street, 11th Floor
Las Vegas, Nevada 89101
*Attorneys for Defendant Target Corporation*

DATED this 19 day of December, 2014.

SCHUETZE & McGAHA, P.C

BY: _____
William W. McGaha, Esq.
Nevada Bar No. 003234
Eva L. D. Johnson, Esq.
Nevada Bar No. 010628
601 S. Rancho Drive, Suite C-20
Las Vegas, NV 89106
*Attorneys for Plaintiff Crystal Prince*

## ORDER

IT IS SO ORDERED.

DATED this 2nd day of February, 2015

_____
U.S. DISTRICT COURT JUDGE

Respectfully Submitted by:

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

_____
Kym Samuel Cushing, Esq.
Nevada Bar No. 004242
Douglas M. Rowan, Esq.
Nevada Bar No. 004736
300 South Fourth Street, 11th Floor
Las Vegas, Nevada 89101
(702) 727-1400; FAX (702) 727-1401
*Attorneys for Defendant Target Corporation*